IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00687-REB-BNB

MARTIN C. GROSS, a Colorado citizen, and
MILFORD S. PEPPER, a Colorado citizen,

Plaintiffs,

v.

ROBERT SILVERBERG, a Colorado citizen,
JOHN CORK, an Arizona citizen,
HAROLD KAY, a Florida citizen,
EDWARD FRANKEL, a Florida citizen,
DANA DEVENDORF, a Florida citizen,
DEVENDORF & ASSOCIATES, P.A., a Florida professional association,
JUPITER PARTNERS, LLC, a Florida limited liability corporation,
JUPITER PARTNERS II, LLC, a Florida limited liability corporation,
PALMBEACH FINANCE, LLC, a Florida limited liability corporation, and
CORONADO WEST, INC., an Arizona corporation,

Defendants.
_____

**ORDER**
_____

This matter arises on the following:

(1)  **Motion to Stay Discovery Pending Ruling On the Motion to Dismiss or Transfer** [Doc. # 35, filed 5/18/2010] (the "First Motion to Stay"); and

(2)  **Motion By John Cork and Coronado West, Inc. for Stay of Merits Disclosure and Discovery Pending Resolution of Motion to Dismiss for Lack of Personal Jurisdiction** [Doc. # 37, filed 5/19/2010] (the "Second Motion to Stay").

I considered the motions during the scheduling conference this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the First Motion to Stay [Doc. # 35] and the Second Motion to

Stay [Doc. # 37] are DENIED.

IT IS FURTHER ORDERED that the hearing on the motions set for June 14, 2010, at 3:30 p.m., is VACATED.

Dated May 26, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge