IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 10-cv-00687-REB- BNB | Date: October 21, 2010 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

MARTIN C. GROSS, and            Thomas Wagner
a Colorado citizen            Eric Liebman
MILFORD S. PEPPER,
a Colorado citizen

        Plaintiff(s),

v.

ROBERT SILVERBERG,            Paul Silverberg
a Colorado citizen
JOHN CORK,
an Arizona citizen,
HAROLD KAY,            Paul Silverberg
a Florida citizen
EDWARD FRANKEL,            Paul Silverberg
a Florida citizen
DANA DEVENDORF,            Paul Silverberg
a Florida citizen
DEVENDORF & ASSOCIATES, P.A.,            Paul Silverberg
a Florida professional association
JUPITER PARTNERS, LLC,            Paul Silverberg
a Florida limited liability corporation
JUPITER PARTNERS II, LLC,            Paul Silverberg
a Florida limited liability corporation
PALM BEACH FINANCE, LLC, and            Paul Silverberg
a Florida limited liability corporation,
CORONADO WEST, INC.,
an Arizona corporation

        Defendant(s).

**COURTROOM MINUTES**

**HEARING: MOTIONS**

Court in Session:     2:30 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:   Motion to quash subpoena and for protective order as to deposition of trial counsel for Florida defendants [ Doc. #73; filed 9/29/10] is granted as stated on the record.**

**ORDERED: Plaintiffs' motion to compel discovery [ Doc. #81; filed 10/5/10] is taken under advisement.**

Court in Recess:     5:00 p.m.     Hearing concluded.    Total time in Court: 02:30

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.