IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00687-REB-BNB

MARTIN C. GROSS, a Colorado citizen, and
MILFORD S. PEPPER, a Colorado citizen,

Plaintiffs,

v.

ROBERT SILVERBERG, a Colorado citizen,
JOHN CORK, an Arizona citizen,
HAROLD KAY, a Florida citizen,
EDWARD FRANKEL, a Florida citizen,
DANA DEVENDORF, a Florida citizen,
DEVENDORF & ASSOCIATES, P.A., a Florida professional association,
JUPITER PARTNERS, LLC, a Florida limited liability corporation,
JUPITER PARTNERS II, LLC, a Florida limited liability corporation,
PALMBEACH FINANCE, LLC, a Florida limited liability corporation, and
CORONADO WEST, INC., an Arizona corporation,

Defendants.
_____

## ORDER
_____

This matter arises on the **Motion to Quash Subpoena and for Protective Order As To Deposition of Trial Counsel for Florida Defendants** [Doc. # 73, filed 9/29/2010] (the "Motion to Quash"). I held a hearing on the Motion to Quash on October 21, 2010, and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Quash [Doc. # 73] is GRANTED.

Dated October 22, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge