IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00687-REB-BNB

MARTIN C. GROSS, a Colorado citizen, and
MILFORD S. PEPPER, a Colorado citizen,

Plaintiffs,

v.

ROBERT SILVERBERG, a Colorado citizen,
JOHN CORK, an Arizona citizen,
HAROLD KAY, a Florida citizen,
EDWARD FRANKEL, a Florida citizen,
DANA DEVENDORF, a Florida citizen,
DEVENDORF & ASSOCIATES, P.A., a Florida professional association,
JUPITER PARTNERS, LLC, a Florida limited liability corporation,
JUPITER PARTNERS II, LLC, a Florida limited liability corporation,
PALMBEACH FINANCE, LLC, a Florida limited liability corporation, and
CORONADO WEST, INC., an Arizona corporation,

Defendants.
_____

**ORDER**
_____

This matter arises on the parties' **Joint Proposed Deposition Schedule** [Doc. # 95, filed 10/19/2010] (the "Deposition Schedule"), submitted pursuant to my Order [Doc. # 88, filed 10/7/2010].

IT IS ORDERED that:

(1) The Deposition Schedule [Doc. # 95] is GRANTED and made an order of the court;

(2) The depositions shall occur as follows:

- On November 17, 18, and 19, 2010, at such times as the parties may agree and

in the offices of Silverberg and Weiss, 1290 Weston Road, Suite 218, Weston, Florida: Robert Silverberg; Dana Devendorf; Edward Frankel; Harold Kay; Rule 30(b)(6) of Jupiter Partners, LLC; and Rule 30(b)(6) of Jupiter Partners II, LLC;

• On December 7, 8, and 9, 2010, at such times as the parties may agree and in the offices of Moye White LLP, 1400 16th Street, 6th floor, Denver, Colorado: Martin C. Gross; Milford S. Pepper; and Jeffrey Kleiner; and

• On December 9, 2010, at such times as the parties and the witness may agree and by telephone: Bernard Naiman; and

(3) This deposition schedule may be modified only by my order.

Dated October 22, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge