IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00687-REB-BNB

MARTIN C. GROSS, a Colorado citizen, and
MILFORD S. PEPPER, a Colorado citizen,

Plaintiffs,

v.

ROBERT SILVERBERG, a Colorado citizen,
HAROLD KAY, a Florida citizen,
EDWARD FRANKEL, a Florida citizen,
DANA DEVENDORF, a Florida citizen,
DEVENDORF & ASSOCIATES, P.A., a Florida professional association,
JUPITER PARTNERS, LLC, a Florida limited liability corporation,
JUPITER PARTNERS II, LLC, a Florida limited liability corporation, and
PALMBEACH FINANCE, LLC, a Florida limited liability corporation,

Defendants.

_____

**ORDER**

_____

This matter arises on the following:

(1)     **Florida Defendants' Motion to Compel Discovery** [Doc. # 89, filed 10/8/2010]

(the "Motion to Compel"); and

(2)     **Notice of Resolution of Florida Defendants' Motion to Compel Discovery**

[Doc. # 104, filed 11/1/2010] (the "Notice").

By a minute order [Doc. # 101, filed 10/26/2010] I required the plaintiffs to file a

response to the Motion to Compel by November 1, 2010, and I set the Motion to Compel for

hearing on November 4, 2010.  By way of the Notice, the Florida Defendants inform me that the

issues raised in the Motion to Compel have been resolved and request that the hearing on that

motion be vacated.

IT IS ORDERED that:

(1)     The Motion to Compel [Doc. # 89] is DENIED as moot; and

(2)     The hearing on the Motion to Compel set for November 4, 2010, at 3:00 p.m., is

VACATED.

Dated November 2, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge