# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No.  10-cv-00687-REB-BNB

MARTIN C. GROSS, a Colorado citizen, and
MILFORD S. PEPPER, a Colorado citizen,

     Plaintiffs,

v.

ROBERT SILVERBERG, a Colorado citizen,
HAROLD KAY, a Florida citizen,
EDWARD FRANKEL, a Florida citizen,
DANA DEVENDORF, a Florida citizen,
DEVENDORF & ASSOCIATES, P.A., a Florida professional association,
JUPITER PARTNERS, LLC, a Florida limited liability corporation,
JUPITER PARTNERS II, LLC, a Florida limited liability corporation, and
PALM BEACH FINANCE, LLC, a Florida limited liability corporation,

     Defendants.

## ORDER DISMISSING DEFENDANT, PALM BEACH FINANCE, LLC, ONLY

**Blackburn, J.**

     The matter before me is the **Notice of Dismissal of Defendant Palm Beach Finance, LLC** [#106] filed November 5, 2010.  After reviewing the notice and the file, I conclude that the notice should be approved and that plaintiffs' claims against defendant, Palm Beach Finance, LLC, should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Notice of Dismissal of Defendant Palm Beach Finance, LLC** [#106] filed November 5, 2010, is **APPROVED**;

     2.  That plaintiffs' claims against defendant, Palm Beach Finance, LLC, is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and

costs; and

     3.  That defendant, Palm Beach Finance, LLC, is **DROPPED** as a named party to this litigation, and the case caption is amended accordingly.

     Dated November 8, 2010, at Denver, Colorado.

                                  **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge