IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00687-REB-BNB

MARTIN C. GROSS, a Colorado citizen, and
MILFORD S. PEPPER, a Colorado citizen,

Plaintiffs,

v.

ROBERT SILVERBERG, a Colorado citizen,
HAROLD KAY, a Florida citizen,
EDWARD FRANKEL, a Florida citizen,
DANA DEVENDORF, a Florida citizen,
DEVENDORF & ASSOCIATES, P.A., a Florida professional association,
JUPITER PARTNERS, LLC, a Florida limited liability corporation, and
JUPITER PARTNERS II, LLC, a Florida limited liability corporation,

Defendants.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Withdraw Plaintiffs' Second Motion to Compel and Request for Forthwith Hearing** [docket no. 117, filed November 24, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the **Plaintiffs' Second Motion to Compel and Request for Forthwith Hearing** [docket no. 108, filed November 15, 2010] is DENIED AS MOOT. The motions hearing set for December 7, 2010, is **VACATED**.

DATED: November 24, 2010