**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  10-cv-00687-REB-BNB

MARTIN C. GROSS, a Colorado citizen, and
MILFORD S. PEPPER, a Colorado citizen,

    Plaintiffs,

v.

ROBERT SILVERBERG, a Colorado citizen,

    Defendant.

**ORDER GRANTING PLAINTIFFS' UNOPPOSED
MOTION FOR TRANSFER OF VENUE**

**Blackburn, J.**

The matters before me are (1) **Plaintiffs' Unopposed Motion for Transfer of Venue** [#130][1] filed January 19, 2011; (2) **Defendant Silverberg's Motion for Summary Judgment** [#124] filed December 30, 2010; and (3) **Plaintiffs' Unopposed Motion for Extension of Time To Respond to Defendant Silverberg's Motion for Summary Judgment** [#135] filed January 20, 2011.  Having reviewed the motion to transfer, and being advised in the premises, I find and conclude that the motion is well taken and that a transfer of this case to the United States District Court for the Southern District of Florida, West Palm Beach Division, will promote the convenience of the parties and witnesses and further the interest of justice as required by 28 U.S.C. § 1404(a).

---

[1] "[#130]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Concomitantly, I deny defendant's motion for summary judgment, and the related motion for extension of time to file a response thereto, without prejudice to refiling following transfer.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Plaintiffs' Unopposed Motion for Transfer of Venue** [#130] filed January 19, 2011, is **GRANTED**;

2. That **Defendant Silverberg's Motion for Summary Judgment** [#124] filed December 30, 2010, is **DENIED WITHOUT PREJUDICE**;

3. That **Plaintiffs' Unopposed Motion for Extension of Time To Respond to Defendant Silverberg's Motion for Summary Judgment** [#135] filed January 20, 2011, is **DENIED AS MOOT**;

4. That the Trial Preparation Conference, currently scheduled for Friday, March 4, 2011, at 2:30 p.m., as well as the trial, currently scheduled to commence on Monday, March 21, 2011, are **VACATED**; and

5. That this action **SHALL BE TRANSFERRED** to the United States District Court for the Southern District of Florida, West Palm Beach Division, 701 Clematis Street, Room 202, West Palm Beach, FL 33401, for all further proceedings.

Dated February 23, 2011, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge