**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  10-cv-00687-REB-BNB

MARTIN C. GROSS, a Colorado citizen, and
MILFORD S. PEPPER, a Colorado citizen,

     Plaintiffs,

v.

ROBERT SILVERBERG, a Colorado citizen,

     Defendant.

**ORDER REJECTING AS MOOT
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge and Order** [#133][1] filed January 20, 2011.  The magistrate judge granted **Plaintiffs' Unopposed Motion for Stay of Pretrial Deadlines Pending Decision on Unopposed Motion for Transfer of Venue** [#131] filed January 19, 2011, and recommended that the Trial Preparation Conference and trial be vacated.  By separate order, I have granted plaintiffs' unopposed motion seeking to transfer venue and have vacated these matters.  (*See* **Order Granting Plaintiffs' Unopposed Motion for Transfer of Venue** [#148] filed February 23, 2011.)  The recommendation, therefore, is moot.

---

[1] "[#133]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**THEREFORE IT IS ORDERED** that the **Recommendation of United States Magistrate Judge and Order** [#133] filed January 20, 2011, is respectfully **REJECTED** as moot.

Dated February 23, 2011, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge